Charles M. Walker
U.S. Bankruptcy Judge
Dated: 3/29/2018



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                                                               16-06074-CW3-13

MELISSA GAIL NAPIER
1006 WEST BOBBY COURT
GOODLETTSVILLE, TN 37072                      3/28/2018
SSN XXX-XX-3044

### AGREED ORDER ALLOWING PLAN TO CONTINUE AND
### PLACING DEBTOR(S) ON PROBATION

It appears to the Court that the Trustee has filed a Motion To Dismiss the above-styled case due to the failure of the debtor to comply with the requirements of the plan and the court's order confirming that plan. It further appears to the Court that the Trustee and the debtor have agreed to allow the plan to continue. It is therefore

ORDERED, that the Trustee's Motion To Dismiss is denied; it is further

ORDERED, that the debtor shall forward all tax refunds received subsequent to this order to the trustee for application to the plan; it is further

ORDERED, that the debtor shall attend a Financial Workshop approved by the Trustee; it is further

ORDERED, that it is the obligation of the debtor to make all future payments in accordance with the confirmed Chapter 13 plan utilizing the TFS Nationwide system to effect such payments on a preestablished, regularly scheduled basis, no less frequently than monthly, and that should the debtor fail to make any payment as required, or fail to implement electronic payments through the TFS System no later than 14 days from the entry of this order (Debtor's counsel shall assist as necessary), this case will be dismissed upon filing of notice by the Trustee, without further hearing; it is further

ORDERED that **MELISSA GAIL NAPIER** pay directly to the trustee an amount equal to **$470.25 BI-WEEKLY**, and that such payments be effected through the TFS system which must be implemented by the debtor no later than 14 days from the entry of this order. Debtor's counsel shall assist as necessary.

APPROVED FOR ENTRY:                                                       THIS ORDER WAS SIGNED AND ENTERED
                                                                           ELECTRONICALLY AS INDICATED AT THE TOP
/s/ Henry E. Hildebrand, III                                       OF THE FIRST PAGE.
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

AGREED TO:

/s/ LONG BURNETT AND JOHNSON PLLC
LONG BURNETT AND JOHNSON PLLC
ATTY FOR THE DEBTOR

302 42ND AVE NO
NASHVILLE, TN  37209
PHONE NO. 615-386-0075
ecfmail@tennessee-bankruptcy.com
FAX NO. 615-864-8419

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.